**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11-21979-CIV-GOODMAN**
11-21983-GOODMAN
11-22205-GOODMAN

RIMAC INTERNACIONAL CIA DE
SEGUROS Y REASEGUROS et al.,

    Plaintiffs,

v.

PEOPLE & LOGISTICS AMERICA, INC.,
et al.,

    Defendants.
_____/

## ORDER CONSOLIDATING CASES FOR ALL PURPOSES

On January 30, 2012, the Court held a joint status conference regarding case numbers 11-21979-GOODMAN, 11-21983-GOODMAN, and 11-22205-GOODMAN. The parties agreed at the status conference that these cases should be consolidated for all purposes, including trial. The Court has reviewed the pleadings in these matters and finds that these matters should be consolidated as the actions are predicated upon common issues of fact and involve essentially the same parties. Thus, it would be a waste of judicial resources to allow these actions to proceed separately. *See* Fed. R. Civ. P. 42.

It is therefore **ORDERED AND ADJUDGED** that the following three cases are consolidated for all purposes, including for trial:

        11-21979-GOODMAN
        11-21983-GOODMAN
        11-22205-GOODMAN

It is further **ORDERED AND ADJUDGED** that all future filings in these matters shall be made in case number **11-21979-GOODMAN** and that case numbers 11-21983-GOODMAN and 11-22205-GOODMAN are administratively closed.

**DONE AND ORDERED** in Chambers, at Miami, Florida, January 31, 2012.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All counsel of record