UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-21979-CIV-GOODMAN
11-21983-CIV-GOODMAN
11-22205-CIV-GOODMAN

[CONSENT CASE]

RIMAC INTERNACIONAL CIA DE
SEGUROS Y REASEGUROS, PENTA-SECURITY
SA, HSBC LA BUENOS
AIRES SEGUROS and TOKIO MARINE
SEGURADORA,

      Plaintiffs,

v.

PEOPLE & LOGISTICS AMERICA, INC., et al.,

      Defendants.
_____/

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the Stipulation of Dismissal with Prejudice filed by LAN Airlines, S.A., LAN Cargo, S.A., and People & Logistics America, Inc. [ECF No. 79]. As per the agreement by the parties, the Court **DISMISSES** the following claims **WITH PREJUDICE**:

(1) People & Logistics America, Inc.'s claims in its complaint [11-21979, ECF No. 1, pp. 35-41, claims six, seven, eight, and nine] against LAN Airlines, S.A. and LAN Cargo, S.A. These claims are not dismissed as to any other parties.

(2) People & Logistics America, Inc.'s claims in its cross-complaint [11-21979, ECF No. 1, pp. 22-27, claims one, two, three, four, and five] against LAN

Airlines, S.A. and LAN Cargo, S.A. These claims are <u>not</u> dismissed as to any other parties.

(3) LAN Airlines, S.A. and LAN Cargo, S.A.'s counterclaim in its entirety [11-21979, ECF No. 17, pp. 9-12], including all causes of action listed therein.

The Court notes that Lan Airlines, S.A., Lan Cargo, S.A., and People & Logistics America, Inc. "also respectfully request that all corresponding documents in Case Nos. 11-21983 and 11-22205 be dismissed as well." [ECF No. 83, p. 2]. This "request" is ambiguous because the Court typically entertains requests to dismiss claims, not documents. If the parties, in fact, seek additional relief not already granted in this order, then the parties shall file a notice clarifying their request by **Thursday, June 21, 2012**.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 19th day of June, 2012.

Jonathan Goodman
United States Magistrate Judge

**Copies furnished to**:
All counsel of record