UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-21979-CIV-GOODMAN
11-21983-CIV-GOODMAN
11-22205-CIV-GOODMAN

[CONSENT CASE]

RIMAC INTERNACIONAL CIA DE
SEGUROS Y REASEGUROS, PENTA-SECURITY
SA, HSBC LA BUENOS
AIRES SEGUROS and TOKIO MARINE
SEGURADORA,

    Plaintiffs,

v.

PEOPLE & LOGISTICS AMERICA, INC., et al.,

    Defendants.
_____/

## ORDER DENYING *ORE TENUS* MOTION FOR A CONTINUANCE

This cause is before the Court on Miami Foliage Forwarders, Inc. and Teamrunners Logistics, Inc.'s *ore tenus* motion for a continuance, which these parties made during today's pretrial conference. For the reasons stated on the record during the pretrial conference, this motion is **DENIED WITHOUT PREJUDICE**. However, these parties may file a written motion for a continuance, including citation to relevant legal authority and attachment of any necessary evidence, by **Friday, June 29, 2012**.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 25 day of June, 2012.

_____
Jonathan Goodman
United States Magistrate Judge

**Copies furnished to**: All counsel of record