**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 11-21979-CIV-GOODMAN**
11-21983-CIV-GOODMAN
11-22205-CIV-GOODMAN

[CONSENT CASE]

RIMAC INTERNACIONAL CIA DE
SEGUROS Y REASEGUROS, PENTA-SECURITY
SA, HSBC LA BUENOS
AIRES SEGUROS and TOKIO MARINE
SEGURADORA,

    Plaintiffs,

v.

PEOPLE & LOGISTICS AMERICA, INC., et al.,

    Defendants.
_____/

## ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT

This cause is before the Court on Miami Foliage Forwarders, Inc. and Teamrunners Logistics, Inc.'s Motion for Partial Summary Judgment. [ECF No. 88]. The Court has reviewed the motion, the response, and the reply, and heard arguments on the motion during today's pretrial conference. [ECF Nos. 89; 93]. For the reasons stated on the record during the pretrial conference, the Court finds that there is a genuine issue of material fact that precludes entry of the requested partial summary judgment and therefore **DENIES** the motion for partial summary judgment.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 25 day of June, 2012.

                                              Jonathan Goodman
                                              United States Magistrate Judge

**Copies furnished to**: All counsel of record