UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-21979-CIV-GOODMAN
11-21983-CIV-GOODMAN
11-22205-CIV-GOODMAN

[CONSENT CASE]

RIMAC INTERNACIONAL CIA DE
SEGUROS Y REASEGUROS, PENTA-SECURITY
SA, HSBC LA BUENOS
AIRES SEGUROS and TOKIO MARINE
SEGURADORA,

    Plaintiffs,

v.

PEOPLE & LOGISTICS AMERICA, INC., et al.,

    Defendants.
_____/

## ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE SOLELY AS TO DEFENDANT, PEOPLE & LOGISTICS AMERICA, INC.

This cause is before the Court on the Joint Stipulation for Dismissal with Prejudice filed by Plaintiffs and People & Logistics America, Inc. [ECF No. 107]. As per the agreement by the parties, the Court **DISMISSES** the following claims **WITH PREJUDICE**:

> Plaintiffs' claims in their complaint [11-21979, ECF No. 1, pp. 7-11] against People & Logistics America, Inc. This dismissal does not apply to any other claims or parties.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 6th day of July, 2012.

Jonathan Goodman
United States Magistrate Judge

**Copies furnished to:**
All counsel of record