UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-21979-GOODMAN
11-21983-GOODMAN
11-22205-GOODMAN

[Consent Case]

RIMAC INTERNACIONAL CIA
DE SEGUROS Y REASEGUROS, et al,

    Plaintiffs,

vs.

PEOPLE & LOGISTICS AMERICA,
INC., et al

    Defendants.
_____/

PEOPLE & LOGISTICS AMERICA,
INC.,

    Cross-Claimant,

vs.

TEAMRUNNERS LOGISTICS, INC., et al,

    Cross-Defendants.
_____/

RIMAC INTERNACIONAL CIA
DE SEGUROS Y REASEGUROS, et al.,

    Plaintiffs,

vs.

TEAMRUNNERS LOGISTICS, INC., and
MIAMI FOLIAGE FORWARDERS, INC.,

    Defendants.
_____/

## CONSENT FINAL JUDGMENT AGAINST TEAMRUNNERS LOGISTICS, INC.

This cause having come before the Court pursuant to the Joint Stipulation for Entry of Consent Final Judgment entered into between the Plaintiffs, Rimac Internacional Cia De Seguros

**CASE NO. 11-21979-GOODMAN**
11-21983-GOODMAN
11-22205-GOODMAN
[Consent Case]

Y Reaseguros, et al., and the Defendant/Cross-Defendant, Teamrunners Logistics, Inc. [DE 110], and the Court having considered and approved the joint stipulation and having been otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that the Plaintiffs, Rimac Internacional Cia De Seguros Y Reaseguros, Penta-Security, S.A., HSBC La Buenos Aires Seguros, and Tokio Marine Seguradora, recover from the Defendant, Teamrunners Logistics, Inc., the sum of Two Hundred Seventy Thousand Dollars and No Cents ($270,000.00), to bear interest from the date of this judgment at the legal rate as provided by law, for which sum let execution issue.

It is also **ORDERED and ADJUDGED** that this case is **CLOSED** as the parties indicated that all claims in the consolidated cases are now resolved.

**DONE and ORDERED** in Miami, Florida, this 11th day of July, 2012.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished:

All counsel of record